# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**  John Paul Strahan              **Docket Number:**  0972 1:15CR00353

**Name of Judicial Officer**:   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   8/25/2004

**Original Offense:** Ct 1: 21 U.S.C. § 841(a)(1) and 846 – Conspiracy to Possess With Intent to Distribute 50 Grams or More of Methamphetamine  (CLASS A FELONY) and Ct 2: 18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm in Relation to a Drug Trafficking Offense (CLASS D FELONY)

**Original Sentence:** Ct 1: 120 months Bureau of Prisons and Ct 2: 60 months Bureau of Prisons consecutive for 180 months Bureau of Prisons; Ct 1: 5 years Supervised Release and Ct 2: 3 years Supervised Release; DNA Collection; Mandatory Drug Testing; $200 Special Assessment

**Special Conditions:**

None

**Type of Supervision:**    TSR

**Date Supervision Commenced:**    12/4/2015

**Other Court Actions:**

12/22/2015:     Jurisdiction accepted by the Eastern District of California from the Western District of Louisiana.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

**Justification:** The circumstances of the offense of conviction indicate a search warrant was executed at the defendant's residence during which officers located methamphetamine derivatives totaling 21.1 grams, 1853.2 grams Gamma Hydroxybutyric Acid (GHB), 39.4 grams steroids, 30.2 grams psilocybin mushrooms, an AK-47, a shotgun and a pistol. In addition, the defendant has a prior conviction for assault family/violence and reported a lengthy record of drug abuse. Considering the above and the safety of the community, in order to adequately supervise the defendant it is felt the conditions outlined above would be beneficial. This has been discussed with the defendant and he has signed Probation Form 49 consenting to add both as special conditions of supervision.

Respectfully submitted,
**/s/ Julie R. Martin**

**JULIE R. MARTIN**
**United States Probation Officer**
Telephone: 661-321-3817

**DATED:** 3/9/2016

Reviewed by,
**/s/ Lonnie E. Stockton**

**LONNIE E. STOCKTON**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

IT IS SO ORDERED.

Dated: __March 9, 2016__           __/s/ Lawrence J. O'Neill__
                                                          UNITED STATES DISTRICT JUDGE

CC:

United States Probation

Assistant United States Attorney: To be assigned

Defense Counsel: To be assigned