# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JOHN PAUL STRAHAN,<br><br>Defendant. | 1:15 CR 353 LJO<br><br>ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DOC. 4) |

The Court has received and reviewed the Defendant's motion. The Court has also received the Opposition by the Government, an opposition joined by Probation.

The facts of the instant case, the longevity of drug addiction recovery, coupled with the Defendant's drug and violent criminal offenses speak strongly against an early termination.

On the other hand, the Defendant has come a very long way toward recovery and rehabilitation. The road should be gradual in response to the recovery, which is exactly what is being done presently: the Defendant's Probation is being transferred to the Low Risk caseload.

Presently, and for the reasons given, the motion is denied.

The Court will be inclined to give greater weight to the request in 19 months, when the Defendant has completed 40 of the 60 months of Supervised Release, assuming of course that the Defendant continues on a road of complete compliance and recovery.

IT IS SO ORDERED.

    Dated: **October 13, 2017**       **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE